| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Estate of Gertrude M. Dobres<br>First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–7096<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  District of New Jersey | | |
| Case number:  17–21106–RG | | |

# Order of Discharge   12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Estate of Gertrude M. Dobres

<u>11/18/20</u>                    **By the court:** <u>Rosemary Gambardella</u>
                                                                                             United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

     ◆ debts that are domestic support obligations;

     ◆ debts for most student loans;

     ◆ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:                                                                                           Case No. 17-21106-RG

Estate of Gertrude M. Dobres                                                                     Chapter 13

    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0312-2　　　　　　　　　　　User: admin　　　　　　　　　　　　　　Page 1 of 4
Date Rcvd: Nov 18, 2020　　　　　　　　　Form ID: 3180W　　　　　　　　　　　　Total Noticed: 48

The following symbols are used throughout this certificate:
**Symbol    Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++          Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Estate of Gertrude M. Dobres, 158 Piaget Ave, Unit #A-1, Clifton, NJ 07011-1843 |
| 516994639 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 516855547 | + | CAP1/LIZ, PO BOX 703, WOOD DALE, IL 60191-0703 |
| 517113684 | | Citibank, N.A., c/o Quantum3 Group LLC, PO Box 280, Kirkland, WA 98083-0280 |
| 516855562 | + | FREDERIC WEINBERG & ASSC., 1200 LAUREL OAK ROAD, Voorhees, NJ 08043-4323 |
| 516855566 | + | PRSM/CBNA, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 518912055 | + | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 517029364 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 18 2020 22:01:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 18 2020 22:01:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516855543 | | EDI: BANKAMER.COM | Nov 19 2020 01:58:00 | BANKAMERICA, PO BOX 982238, EL PASO, TX 79998 |
| 517002371 | | EDI: BANKAMER.COM | Nov 19 2020 01:58:00 | BANK OF AMERICA N.A., Bank of America, PO BOX 31785, Tampa FL 33631-3785 |
| 516855542 | + | EDI: BANKAMER.COM | Nov 19 2020 01:58:00 | BANKAMERICA, 4909 SAVARESE CIR, TAMPA, FL 33634-2413 |
| 516855546 | + | EDI: BANKAMER.COM | Nov 19 2020 01:58:00 | BK OF AMER, 4909 SAVARESE CIRCLE, TAMPA, FL 33634-2413 |
| 517014535 | | EDI: BANKAMER.COM | Nov 19 2020 01:58:00 | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 516855553 | + | EDI: CITICORP.COM | Nov 19 2020 01:58:00 | CITI, PO BOX 6241, SIOUX FALLS, SD 57117-6241 |
| 516855554 | + | EDI: CITICORP.COM | Nov 19 2020 01:58:00 | CITI, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 516855555 | + | EDI: CITICORP.COM | Nov 19 2020 01:58:00 | CITI-SHELL, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 516855556 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Nov 18 2020 22:00:00 | CITIZNSBNKNA, 1000 LAFAYETTE BLVD, BRIDGEPORT, CT 06604 |
| 516855557 | + | EDI: WFNNB.COM | Nov 19 2020 01:58:00 | COMENITY BANK/ANNTYLR, PO BOX 182273, COLUMBUS, OH 43218-2273 |
| 516855558 | + | EDI: WFNNB.COM | Nov 19 2020 01:58:00 | COMENITY BANK/AVENUE, PO BOX 182789, |

| | | | |
|---|---|---|---|
| | | | COLUMBUS, OH 43218-2789 |
| 516855559 | + EDI: WFNNB.COM | Nov 19 2020 01:58:00 | COMENITY BANK/DRESSBRN, PO BOX 182789, COLUMBUS, OH 43218-2789 |
| 517083039 | EDI: BL-BECKET.COM | Nov 19 2020 01:58:00 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516855560 | + EDI: DISCOVER.COM | Nov 19 2020 01:58:00 | DISCOVER FIN SVCS LLC, PO BOX 15316, WILMINGTON, DE 19850-5316 |
| 516855561 | EDI: CITICORP.COM | Nov 19 2020 01:58:00 | DSNB MACYS, 9111 DUKE BLVD, MASON, OH 45040 |
| 517113685 | EDI: Q3G.COM | Nov 19 2020 01:58:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 516868801 | EDI: DISCOVER.COM | Nov 19 2020 01:58:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 516855548 | EDI: JPMORGANCHASE | Nov 19 2020 01:58:00 | CHASE, PO BOX 901003, FT WORTH, TX 76101 |
| 516855549 | EDI: JPMORGANCHASE | Nov 19 2020 01:58:00 | CHASE CARD, PO BOX 15298, WILMINGTON, DE 19850 |
| 516855563 | + Email/Text: PBNCNotifications@peritusservices.com | Nov 18 2020 22:00:00 | KOHLS/CAPONE, N56 W 17000 RIDGEWOOD DR, MENOMONEE FALLS, WI 53051-7096 |
| 516855564 | + EDI: WFNNB.COM | Nov 19 2020 01:58:00 | MANDEES, 401 HACKENSACK AVE, HACKENSACK, NJ 07601-6411 |
| 516855565 | + EDI: MID8.COM | Nov 19 2020 01:58:00 | MIDLAND FUNDING, 2365 NORTHSIDE DR STE 30, SAN DIEGO, CA 92108-2709 |
| 517087211 | + EDI: MID8.COM | Nov 19 2020 01:58:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 517080541 | EDI: Q3G.COM | Nov 19 2020 01:58:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 516855567 | + EDI: CITICORP.COM | Nov 19 2020 01:58:00 | SEARS/CBNA, PO BOX 6283, SIOUX FALLS, SD 57117-6283 |
| 516855568 | + EDI: STFM.COM | Nov 19 2020 01:58:00 | STATE FARM FINANCIAL S, 3 STATE FARM PLAZA N-4, BLOOMINGTON, IL 61791-0002 |
| 516855569 | + EDI: CITICORP.COM | Nov 19 2020 01:58:00 | SUNOCO/CITI, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 516855570 | + EDI: RMSC.COM | Nov 19 2020 01:58:00 | SYNCB/GAP, PO BOX 965005, ORLANDO, FL 32896-5005 |
| 516855571 | + EDI: RMSC.COM | Nov 19 2020 01:58:00 | SYNCB/JC PENNEY DC, PO BOX 965007, ORLANDO, FL 32896-5007 |
| 516855572 | + EDI: RMSC.COM | Nov 19 2020 01:58:00 | SYNCB/JCP, PO BOX 965007, ORLANDO, FL 32896-5007 |
| 516855574 | + EDI: RMSC.COM | Nov 19 2020 01:58:00 | SYNCB/LINEN N THINGS, PO BOX 965005, ORLANDO, FL 32896-5005 |
| 516855575 | + EDI: RMSC.COM | Nov 19 2020 01:58:00 | SYNCB/LOWES, PO BOX 965005, ORLANDO, FL 32896-5005 |
| 516855576 | + EDI: RMSC.COM | Nov 19 2020 01:58:00 | SYNCB/PC RICHARD, PO BOX 965036, ORLANDO, FL 32896-5036 |
| 516855577 | + EDI: RMSC.COM | Nov 19 2020 01:58:00 | SYNCB/WALMART DC, PO BOX 965024, ORLANDO, FL 32896-5024 |
| 516981547 | EDI: BECKLEE.COM | Nov 19 2020 01:58:00 | State Farm Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

| Recip ID | Bypass | Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 516857861 | + | EDI: RMSC.COM | Nov 19 2020 01:58:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 516855578 | + | EDI: CITICORP.COM | Nov 19 2020 01:58:00 | THD/CBNA, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 516855579 |   | EDI: TFSR.COM | Nov 19 2020 01:58:00 | TOYOTA MOTOR CREDIT, 4 GATEHALL DR. #350, PARSIPPANY, NJ 07054 |

TOTAL: 40

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 516855544 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, BANKAMERICA, PO BOX 982238, EL PASO, TX 79998 |
| 516855545 | *+ | BANKAMERICA, 4909 SAVARESE CIR, TAMPA, FL 33634-2413 |
| 516855550 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, CHASE CARD, PO BOX 15298, WILMINGTON, DE 19850 |
| 516855551 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, CHASE CARD, PO BOX 15298, WILMINGTON, DE 19850 |
| 516855552 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, CHASE CARD, PO BOX 15298, WILMINGTON, DE 19850 |
| 516855573 | *+ | SYNCB/JCP, PO BOX 965007, ORLANDO, FL 32896-5007 |
| 518912056 | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 516855580 | *P++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026, address filed with court:, TOYOTA MOTOR CREDIT, 4 GATEHALL DR. #350, PARSIPPANY, NJ 07054 |

TOTAL: 0 Undeliverable, 8 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 20, 2020    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor SPECIALIZED LOAN SERVICING LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Russell L. Low | on behalf of Debtor Estate of Gertrude M. Dobres ecf@lowbankruptcy.com ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-2 User: admin Page 4 of 4
Date Rcvd: Nov 18, 2020 Form ID: 3180W Total Noticed: 48
TOTAL: 4